# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| The Bergquist Torrington Company, | Civil No. 08-2998 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| vs. | |
| Medical Industries America, Inc., d/b/a evo Medical Solutions, | |
| Defendant. | |

---

Pursuant to the Affidavit of Default Regarding Confession of Judgment (Doc. No. 17), the Clerk of Court is directed to forthwith enter and docket judgment in the amount of $573,559.92 in favor of The Bergquist Torrington Company and against the judgment debtor, Medical Industries America, Inc., d/b/a evo Medical Solutions.

Dated:  August 12, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge